STRABO V. CLAGGETT, Respondent, *v.* AUSTIN S. DONALDSON, Appellant.

(Argued October 11, 1933; decided October 27, 1933.)

*Warren C. DuBois* for appellant.
*Murray R. Spies* for respondent.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.